IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRI N. BEAULIEU, SR. *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-432-MEF |
| ) | |
| ALABAMA ONSITE WASTEWATER ) | (WO) |
| BOARD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1) All claims pursuant to federal law in this action are DISMISSED WITH PREJUDICE;

(2) The Court declines to exercise supplemental jurisdiction over Plaintiffs' claims pursuant to Alabama law and such claims are DISMISSED WITHOUT PREJUDICE;

(3) Costs are TAXED against Plaintiffs Henri N. Beaulieu, Sr. and Henri N. Beaulieu, Jr., for which execution may issue;

(4) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 13th day of March, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE